# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1798
_____

SUSAN WHITE DOWLING,
Former Wife,

    Appellant,

    v.

ROBERT JASON DOWLING,
Former Husband,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

April 3, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John N. Bogdanoff of The Carlyle Appellate Law Firm, Orlando, for Appellant.

Beth M. Terry, Law Office of Beth M. Terry, P.A., Jacksonville, for Appellee.